# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ABA QUANSAH,** *et al* | : CIVIL ACTION |
| | : |
| v. | : |
| | : NO. 17-4334 |
| **JEFFERSON B. SESSIONS, III,** *et al* | : |

## ORDER

**AND NOW**, this 12th day of January 2018, upon considering the Defendants' Motion for Summary Judgment (ECF Doc. No. 5), Plaintiffs' Opposition and Cross-Motion (ECF Doc. No. 7) and for reasons in the accompanying Memorandum, it is **ORDERED:**

1. The Defendants' Motion (ECF Doc. No. 5) is **GRANTED**;

2. The Plaintiffs' Cross-Motion (ECF Doc. No. 7) is **DENIED**; and,

3. The Clerk of Court shall **close** this case.

KEARNEY, J.